

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLUB KULTURE LLC, <br> Appellant, | § | No. 08-25-00018-CV |
| | § | Appeal from the |
| v. | § | 169th District Court |
| KRISTINA RAMIREZ, and CITY <br> OF HARKER HEIGHTS ZONING <br> BOARD OF ADJUSTMENT, | § | of Bell County, Texas |
| Appellees. | § | (TC#24DCV348441) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED this 11th day of February 2025.

_____

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.